**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PENGHANG ZHUANG<br>Plaintiff,<br>v.<br>HONGKONG UKING TRADING LIMITED, doing business as "UkingDirect"<br>Defendant. | Civil Action No. 1:26-cv-10788<br><br>Judge Jeremy C. Daniel |

**PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR PRESENTMENT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Penghang Zhuang respectfully requests leave for undersigned counsel to appear remotely for the presentment of Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order and Other Relief, noticed for Tuesday, September 15, 2026, at 9:30 a.m. before the Honorable Jeremy C. Daniel.

Undersigned counsels are located outside the United States and therefore respectfully requests permission to appear remotely by telephone, or such other remote means as the Court may direct.

DATED September 9, 2026

Respectfully submitted,

By: /s/ Peilin Chen
Peilin Chen
*Counsel for Plaintiff*
NDIL Bar Number 0106730
Delta IP Law PLLC
20F Street NW, Suite 700
Washington DC, 20001, USA
216-507-9678
michael@deltaiplaw.com

By: /s/ Xiaofu Huang
Xiaofu Huang
*Counsel for Plaintiff*
NDIL Bar Number 5460555
Delta IP Law PLLC
20F Street NW, Suite 700
Washington DC, 20001, USA
424-376-9780
floria@deltaiplaw.com